In the Matter of the Will of MORRIS ROTH, Deceased. PEARL ROTH et al., Appellants; FREDERICK ROTH et al., Respondents.

Submitted April 7, 1947; decided April 17, 1947.

*Joseph Roeder* for motion.

*Lloyd B. Kanter, Alvin S. Rosenson, Stuart H. Steinbrink, Hyman I. Barnett, Harry Mitchell, Sylvia Miller* and *Herman S. Bachrach* as special guardian, opposed.

Motion denied, with $10 costs.